February 14, 2013



# JUDGMENT

## The Fourteenth Court of Appeals

INTERNATIONAL RISK CONTROL, LLC, Appellant

NO. 14-12-00016-CV                    V.

SEASCAPE OWNERS ASSOCIATION, INC., Appellee

_____

This court today issued a substitute opinion. We order this court's former judgment of January 8, 2013, vacated, set aside, and annulled. We further order this court's opinion of January 8, 2013, withdrawn. We deny the motion for rehearing filed by appellee, Seascape Owners Association, Inc.

This cause, an appeal from the judgment in favor of appellee, Seascape Owners Association, Inc., signed February 24, 2012, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore order the judgment of the court below **REVERSED** and **REMAND** the cause for proceedings in accordance with the court's opinion.

We further order that all costs incurred by reason of this appeal be paid by appellee, Seascape Owners Association, Inc.

We further order this decision certified below for observance.